IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID S. FABER,

 Plaintiff,

vs.         CASE NO. 5:05cv54-LC/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

 Defendant.

_____/

O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 3, 2006.  The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

**Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

**Accordingly, it is now ORDERED as follows:**

**1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

**2.  The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is AFFIRMED.**

**DONE AND ORDERED this 3rd day of February, 2006.**

*s/L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**

Case No. 5:05cv054-LC/WCS